| STATE OF INDIANA | ) | IN THE NOBLE CIRCUIT COURT |
| --- | --- | --- |
| | )SS: | |
| NOBLE COUNTY | ) | CAUSE NO. 57C01-0601-CT-____ |

BENJAMIN S. ARNOLD and
SHAWNA ARNOLD,

57C01- 0 6 0 1 -CT- 0 0 3

Plaintiffs

vs.

DOE CORPORATION, a Corporation
whose real name is unknown

Defendant

FILED

JAN 1 9 2006

*Cindy Myers*
CLERK NOBLE CIRCUIT COURT

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, Benjamin S. Arnold and Shawna Arnold, by counsel, for their cause of action against Defendant, DOE Corporation, say:

1. Defendant, DOE Corporation ("DOE"), is named to represent the as of yet unidentified defendant or defendants who are liable for Arnold's injuries.

2. DOE is believed to be designer, manufacturer and/or installer of certain equipment located within the Kraft Foods, Inc. facility located at 151 W. Ohio Street, Kendallville, Indiana.

3. On or about July 2, 2004, Plaintiff, Benjamin S. Arnold, was an employee of Kraft Foods, Inc., working at the Kendallville, Indiana facility. As part of his normal duties, Plaintiff, Benjamin S. Arnold, was required to utilize certain equipment designed, manufactured and/or installed by DOE, including but not limited to large cooking kettles, valves, pumps, electronic control panels and other equipment utilized in the process of cooking product for Kraft ("Equipment"). While utilizing the Equipment, in its intended manner, some part or parts of the Equipment malfunctioned. The malfunctioning Equipment suddenly and without warning released steaming hot water onto the Plaintiff, Benjamin S. Arnold, causing Plaintiff, Benjamin S. Arnold, severe first, second and third degree burns.

1

4. DOE negligently designed, manufactured, installed and put into the stream of commerce a defective and unreasonably dangerous product which failed to meet the reasonable expectations of the ordinary and expected user.

5. The defect in DOE's product existed at the time the product left the control of the Defendant.

6. The defective product was intended to and did actually reach the intended consumer without any substantial change in its condition.

7. Plaintiff, Benjamin S. Arnold, as an employee of the manufacturing facility where the Equipment was installed, used and operated, was in a class of persons that DOE should have reasonably foreseen would be subject to harm caused by the defective condition of the product.

8. As a direct and proximate result of DOE's negligently design, manufacture and/or installation of the Equipment, Plaintiff, Benjamin S. Arnold, suffered severe and permanent injuries.

9. As a direct and proximate result of DOE's negligence, Plaintiff, Shawna Arnold, has been deprived of the society and companionship of her husband, Benjamin S. Arnold, due to his severe and permanent injuries.

WHEREFORE, Plaintiffs, Benjamin S. Arnold and Shawna Arnold, respectfully request that the Court enter judgment against Defendant DOE, in an amount sufficient to compensate Plaintiffs for all damages sustained, for the costs of this action, together with all other appropriate relief.

Respectfully submitted,

SNYDER, BIRCH & MORGAN LLP

By: _____
Jack C. Birch, #15984-57
200 West Main Street
Syracuse, Indiana 46567
Telephone: 574/457-5727
Attorney for Plaintiffs

2

## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, pursuant to Ind.Trial Rule 38(A), requests that this cause be tried to a jury.

Respectfully submitted,

SNYDER, BIRCH & MORGAN LLP

By: *[signature]*

Jack C. Birch, #15984-57
200 West Main Street
Syracuse, Indiana 46567
Telephone: 574/457-5727
Attorney for Plaintiffs